IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01965-WYD-PAC

KIMBERLY MITCHAM,

    Plaintiff(s),

v.

LUCHT'S CONCRETE PUMPING, INC.,

    Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on the parties Stipulation of Settlement and Dismissal, filed April 6, 2006, in which the parties state that a resolution has been reached in this matter.  The parties request that I dismiss this matter with prejudice, each side to pay its own fees and costs.  In consideration of the Stipulation of Settlement and Dismissal and the file in this case, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and fees.

Dated:  April 6, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge